rule of this department, adopted March 4, 1909, must be presented before the application can be entertained.

In re PLESHET. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) In the matter of the application of Louis Pleshet for license and admission to practice as an official examiner of title. No opinion. Application granted, and bond approved.

PONTOLEANS, Appellant, v. WELLS BROS. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) Action by Maturo Pontoleans, as administratrix, against the Wells Bros. Company of New York.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS and KRUSE, JJ., dissent.

In re PORTER. (Supreme Court, Appellate Division, Third Department. August, 1908.) In the matter of the application of Alexander T. Porter for an order directing the issuance of a writ of mandamus against John S. Whalen, Secretary of State. No opinion. Order unanimously affirmed, with costs.

PORTER et al., Respondents, v. INTERNATIONAL BRIDGE CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by Peter A. Porter and others against the International Bridge Company and others.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents.

POTTER, Appellant, v. DRAKE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by J. Forbes Potter against Charles F. Drake and others. No opinion. Order affirmed, with $10 costs and disbursements.

POTTER, Respondent, v. DUNN, Appellant. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Henry S. Potter against Bartholomew Dunn, as executor. A. Wielar, for appellant. L. Sturcke, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

POWELL et al., Appellants, v. FARMERS' LOAN & TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by Mary Powell and others against the Farmers' Loan & Trust Company. A. C. Cowan, for appellants. J. F. Horan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PRESTON, Respondent, v. UNION ASSUR. SOCIETY, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Veryl Preston against the Union Assurance Society. C. D. Cleveland, for appellant. G. Sumner, for respondent. No opinion. Judgment reversed, and new trial ordered before another referee, with costs to appellant to abide event, on the authority of Preston v. Etna Ins. Co., 193 N. Y. 142, 85 N. E. 1006. Settle order on notice.

In re PUBLIC SERVICE COMMISSION. (Supreme Court, Appellate Division, First Department. March 12, 1909.) In the matter of the Public Service Commission. With this case has been consolidated in this court cases bearing titles as follows: In re Manhattan Bridge Route; In re Canal Street; In re River Avenue. No opinions. Motions granted. Settle orders on notice.

PULCIANI, Respondent, v. UNITED AMUSEMENT COS., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by Humbert Pulciani against the United Amusement Companies. No opinion. Judgment affirmed, with costs.

QUEENS COUNTY WATER CO., Appellant, v. O'BRIEN, Com'r, et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by the Queens County Water Company against John H. O'Brien, commissioner of water supply, gas, and electricity, Herman A. Metz, comptroller, and the city of New York. No opinion. Motion to dismiss appeal denied, with $10 costs.

RAU, Respondent, v. HEARD et al., Appellants. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Henry M. Rau against William N. Heard and others. Henry N. Steinert, receiver. D. Daly, for appellants. L. G. Rosenblatt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements against receiver personally. Order filed.

RAU, Respondent, v. McELROY et al., Appellants. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Henry M. Rau against Daniel S. McElroy and others. D. Daly, for appellants. L. G. Rosenblatt, for respondent. No opinion. Judgment affirmed, with costs, and appeal from order dismissed. Order filed.

In re RAVANI. RAVANI, Appellant, v. McCLELLAN, Mayor, Respondent. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) In the matter of the application of Roberto Ravani for a writ of mandamus. Action by Roberto Ravani against George B. McClellan, as mayor of the city of New York. No opinion. Order affirmed, with $10 costs and disbursements.

REEHIL et al., Appellants, v. FRAAS, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Edward P. Reehil and James P. Reehil, as executors under the last will and testament of Edward Reehil, deceased, against John F. Fraas. No opinion. Motion granted, without costs. Settle order before Mr. Justice BURR.